UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>DENNIS STEFFLER,<br><br>　　　　　　　Debtor.<br><br>CENEX SUPPLY AND MARKETING, an operating division of CENEX HARVEST STATES COOPERATIVES, a Minnesota cooperative association,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>U. S. BANK, N.A.; DENNIS K. STEFFLER and DIANA J. STEFFLER, husband and wife; and, TRAVIS STEFFLER and MARY STEFFLER, husband and wife,<br><br>　　　　　　　Defendants. | No.  CV-02-3076-EFS<br><br>JUDGMENT PURSUANT TO MEMORANDUM DECISION OF UNITED STATES NINTH CIRCUIT COURT OF APPEALS |

  THIS MATTER having previously come before the Court by way of appeal from the Bankruptcy Court's findings of fact, conclusions of law, and judgment filed on June 10, 2002, in Adversary Proceeding Number A01-00019-R51; the Court having made and entered its Order Affirming In Part And Reversing In Part the Bankruptcy Court's Order, Remanding, And Closing File on March 22, 2004; the United States Ninth Circuit Court of Appeals having made and filed

JUDGMENT PURSUANT TO DECISION OF
U.S. NINTH CIRCUIT COURT OF APPEALS - 1

its Memorandum Decision dated July 28, 2005, directing entry of a judgment consistent with its Memorandum Decision; and, the Court having considered the records and files herein and being otherwise fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, except for findings of fact and conclusions of law that U.S. Bank breached an agreement to pay Cenex for its 1998 crop inputs, the findings of fact and conclusions of law filed on June 10, 2002, in Adversary Proceeding Number A01-00019-R51 are affirmed in all respects.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Bankruptcy Court's judgment filed on June 10, 2002, in Adversary Proceeding Number A01-00019-R51 is affirmed in all respects.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this matter is remanded to the Bankruptcy Court for any future proceedings consistent with this judgment.

DATED this   6th   day of September, 2005.


                                            S/ Edward F. Shea
                                         Honorable Edward F. Shea, Judge

Q:\Civil\2002\3076.judgment.wpd